IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREL R. McELROY,                                                                                     PLAINTIFF

v.                                    Civil No. 4:24-CV-04102-SOH-CDC

WARDEN MINERS, Southwest Arkansas
Community Correction Center ("SWACCC");
MAJOR VICKI WALKER, SWACCC;
LIEUTENANT SHARITA DEDMON,
SWACC; JOHN AND JANE DOE
EMPLOYEES of the SWACCC Medical
Department; DISCIPLINARY HEARING
COMMITTEE (DHC); and
TINA HODGE (SOD), Staff over Discipline                                                 DEFENDANTS

## ORDER

The Court, having previously entered an order allowing the Plaintiff to proceed *in forma pauperis*, (ECF No. 7), hereby directs the United States Marshal to serve Plaintiff's Second Amended Complaint, (ECF No. 11), and the Court's Report and Recommendation upon preservice review of the Second Amended Complaint, (ECF No. 12), on the following defendants: Warden Miners; Major Vicki Walker, Lieutenant Sharita Dedmon, and Tina Hodge.

Defendants Miners, Walker, Dedmon, and Hodge are to be served at: Southwest Arkansas Community Correction Center ("SWACCC"), 506 Walnut Street, Texarkana, AR 71854.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If the service recipient will not accept service for the Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with the Defendant's last known address

and phone number.  This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

      The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

      IT IS SO ORDERED this <u>6th </u> day of <u>January</u>, 2025.

                                            */s/ Christy Comstock*
                                            CHRISTY COMSTOCK
                                            UNITED STATES MAGISTRATE JUDGE