IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREL MCELROY                                                                    PLAINTIFF

v.                                        Case No. 4:24-cv-04102

WARDEN JOHN K. MINERS; MAJOR
VICKY WALKER; LIEUTENANT SHARITA
DEDMON; JOHN AND JANE DOE EMPLOYEES
OF THE SWACCC MEDICAL DEPARTMENT;
DISCIPLINARY HEARING COMMITTEE; and
TINDA HODGE                                                                      DEFENDANTS

## <u>ORDER</u>

Before the Court is the Report and Recommendation filed on October 20, 2025, by the

Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of

Arkansas.  (ECF No. 35).  Judge Comstock finds that Plaintiff has failed to demonstrate that he

properly exhausted his administrative remedies prior to bringing this action.[1]  Thus, Judge

Comstock recommends that the Court grant the motion for summary judgment on exhaustion filed

by Defendants Dedmon, Hodge, Miners, and Walker,[2] and dismiss this case without prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1).  In the absence of objections, the Court finds no clear error

on the face of the record with respect to Judge Comstock's recommendations and will adopt them.

Accordingly, the Court adopts the Report and Recommendation (ECF No. 35) *in toto*.  Defendants'

motion for summary judgment (ECF No. 28) is hereby **GRANTED**.  Plaintiff's second amended

---

[1] Defendants Dedmon, Hodge, Miners, and Walker state in their motion for summary judgment on exhaustion that Plaintiff filed only one grievance during his time at SWACCC, which did not name any defendants in this case, was rejected due to improper completion, and was not appealed.  (ECF No. 30, at ¶ 16).

[2] In her preservice review, Judge Comstock recommended that the other defendants, Defendants John and Jane Doe and Disciplinary Hearing Committee, be dismissed without prejudice.  (ECF No. 12).  The Court adopted Judge Comstock's recommendations regarding Plaintiff's claims against Defendants John and Jane Doe and Disciplinary Hearing Committee and dismissed them from this case.  (ECF No. 36).

complaint is **DISMISSED WITHOUT PREJUDICE**.

 **IT IS SO ORDERED**, this 27th day of March, 2025.

 /s/ Susan O. Hickey
 Susan O. Hickey
 United States District Judge